NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE DEVICOR MEDICAL PRODUCTS, INC.

---

2011-1413
(Reexamination No. 90/008,995)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Devicor Medical Products, Inc. moves for a 30-day extension of time, until December 13, 2011, to file its reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 0 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark P. Levy, Esq.
    Raymond T. Chen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 6 2011

JAN HORBALY
CLERK